**Robert Henry GREEN, a/k/a Allah King Wize Rallahamen Allah, Plaintiff–Appellant,**

v.

**Gerald PUGH, Unit Manager; S. Gray, Sergeant, Defendants–Appellees.**

No. 15–7902.

United States Court of Appeals, Fourth Circuit.

Submitted: March 17, 2016.

Decided: March 22, 2016.

Robert Henry Green, Appellant Pro Se. Richard Carson Vorhis, Senior Assistant Attorney General, Richmond, Virginia, for Appellees.

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Henry Green appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Green v. Pugh,* No. 2:14–cv–00279–MSD–LRL (E.D. Va. filed Nov. 9, 2015 & entered Nov. 10, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*